■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JACKSON, Appellant. [765 NYS2d 280] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 9, 2001 (*People v Jackson,* 287 AD2d 520 [2001]), affirming two judgments of the Supreme Court, Queens County, both rendered June 3, 1997.

Ordered that the application is denied.

The appellant failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Santucci, J.P., Florio, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL JOHNSON, Appellant. [765 NYS2d 274] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered June 25, 2001, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments regarding prosecutorial misconduct are partially unpreserved for appellate review and, in any event, do not warrant reversal (*see People v Galloway,* 54 NY2d 396 [1981]). Santucci, J.P., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN JOHNSON, Appellant. [768 NYS2d 828] —Appeal by the defendant from a judgment of the County Court, Orange County, (DeRosa, J.), rendered May 7, 2001.

Ordered that the judgment is affirmed (*see People v Pellegrino,* 60 NY2d 636 [1983]). Altman, J.P., S. Miller, McGinity, Adams and Mastro, JJ., concur.